UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US RIGHT TO KNOW,

    Plaintiff,

       v.

NATIONAL INSTITUTES OF HEALTH,

    Defendant.

Civil Case No. 24-2785 (JEB)

**JOINT STATUS REPORT**

    Pursuant to the Court's March 7, 2025, Minute Order, Defendant National Institutes of Health ("NIH") and Plaintiff US Right to Know ("USRTK") (collectively the "Parties") submit this Joint Status Report ("JSR") in this Freedom of Information Act ("FOIA") case.

    NIH previously reported that its search for records located approximately 3,233 pages of potentially responsive records.  Jt. Status Rep. (ECF No. 16) at 1.  NIH now reports that it has made three releases to USRTK: (1) on April 21, 2025, NIH processed 309 pages; (2) on May 21, 2025, NIH processed 307 pages; and (3) on June 20, 2025, NIH processed 304 pages.  NIH will continue to "process 300 pages per month and make monthly releases to" USRTK.  Min. Order (March 7, 2025).

    The parties respectfully request that the Court permit them to file a further joint status report on or before October 21, 2025.

*    *    *

Dated: July 21, 2025

Respectfully submitted,

*/s/ Nathaniel M. Lindzen*
NATHANIEL M. LINDZEN
MA Bar No. 689999[1]
Law Office of Nathaniel M. Lindzen
57 School Street
Wayland, MA 01778
Phone: (212) 810-7627
Email: nlindzen@corpfraudlaw.com

JEANINE FERRIS PIRRO
United States Attorney

By:            */s/ Dimitar P. Georgiev*
      DIMITAR P. GEORGIEV, D.C. Bar # 1735756
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 815-8654

*Counsel for Plaintiff*
*US Right to Know.*

*Attorneys for the United States of America*

---

[1] D.C. Federal Bar ID No. MA0053.